[No. 32046-4-III.   Division Three.   January 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY R. HOLWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00038-6, Gregory D. Sypolt, J., entered October 14, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 32075-8-III.   Division Three.   January 29, 2015.]

INTERNATIONAL PAPER, *Respondent*, v. ANTHONY BOLTE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-2-03115-3, Douglas L. Federspiel, J., entered October 22, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 32077-4-III.   Division Three.   January 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALAN GABRIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01146-2, Carrie L. Runge, J., entered October 22, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 70324-2-I.   Division One.   February 2, 2015.]

THE STATE OF WASHINGTON, *Respondent* v. CURTIS JOHN TANZY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05456-4, Dean Scott Lum, J., entered May 8, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Leach, JJ.